MR. JUSTICE MORRISON
concurs and dissents as follows:
I fully concur and dissent as follows:
I fully concur in the holding by the majority that affirms the district court’s entry of summary judgment in favor of Sherwood and Roberts, Inc. I dissent from the balance of the majority opinion.
The majority goes forward to decide procedural issues which I do not believe are before this Court.
The only appealable order in this case is the summary *417 judgment entered by the trial court in favor of Sherwood and Roberts, Inc. and against the First Security Bank of Missoula. The only order certified for finality under Rule 54(b) M.R.Civ.P., is that summary judgment. A notice of appeal was filed by First Security Bank and by Prospect appealing the granting of summary judgment against the First Security Bank. No issues are raised on appeal except the issue of whether the trial court erred in granting summary judgment on the “letter of credit”.
That portion of the majority opinion which deals with the procedural aspects of the case is entirely gratuitous.
I would simply affirm the granting of summary judgment.